

2018005216
RECORDED: 01/29/2018 4:17:33 PM
ANITA MATHER
ALLEN COUNTY RECORDER
FORT WAYNE, IN

# Recording Cover Page

*Exhibit* *Exhibit B*

(4) M

Douglas R Shaffer
1628 Geller St
Ft Wayne 46808

25

# Acceptance of Warranty/Grant Deed

Recording Name: Douglas Robert;shaffer
Send to: 1625 Geller st ft. wayne Indiana   zip exempt (DMM 602 1.3 e (2)
Transfer Tax:
Exemption: Tax exempt under IC 6-1.1-11-9, IC 36-1-2-13). & IC 6-1.1-2-7 (1) (2) (3) Exempt property Sec.7. & Non-Resident IC 9-13-2-78 (2) as defined in IC 9-13-2-113 Non-Citizen National status of owner (Personal Domicil/Private Property)

APN: _____

I, Douglas Robert;shaffer , , accepts the following attached
Warranty/Grant   1625 geller st. ft.wayne Indiana  Indiana zip exempt (DMM 602 1.3 e
Deed to                 2) , Held in Fee simple.
This is real property that is occupied, by the owner.

_Douglas Shaffer_     1-23-2018
Current Owner Signature UCC 1-308    Date

_Douglas Robert Shaffer_
Douglas Robert Shaffer

State: Indiana
County: Allen

Given as witness by my hand and official seal:

_Amanda Cary_
Notary Signature

AMANDA MARAE CARY
Notary Public, State of Indiana
Noble County
Commission # 690670
My Commission Expires
September 12, 2024

Subscribed and sworn to before me this  23  day of  Jan.  20 18
 Amanda Cary  (Notary Public),  Noble  County.
My commission expires  Sep, 12   20 24

JAN 29 2018


STACEY O'DAY
ALLEN COUNTY ASSESSOR

STATE OF INDIANA
COUNTY OF Allen

Before me, the undersigned, a Notary Public in and for Allen County, State of Indiana, personally appeared Douglas Robert Shaffer
Print name

and acknowledged the execution of the foregoing instrument. Witness my hand and notary seal this 19th day of January, 2018.

_Maria Angeles Salinas_
Signature

MARIA ANGELES SALINAS, Notary Public
Allen County, State of Indiana
My Commission Expires August 21, 2019

_____
Print Name

Resident of Allen County

Commission expires _____

prepared by:

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law.

Douglas Robert Shaffer
(name printed, stamped or signed w/print)